```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JONATHAN C. ELFAND and LENORE ELFAND,                                  :
                                                                       :
                              Plaintiffs,                              :
                                                                       :
              -v-                                                      :    25 Civ. 7170 (JPC)
                                                                       :
CITY OF NEW YORK, et al.,                                              :          ORDER
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 11, 2025, this Court ordered that "the fourteen days to respond to Plaintiffs' emergency request shall not begin until Council Member Salamanca Jr. and the rest of the State Defendants—all in their official capacities—are properly served." Dkt. 31 at 3. That same day, Plaintiffs clarified that their pending request for emergency relief was directed to the "City of New York and its agents in their official capacity"—excepting Council Member Rafael Salamanca Jr.—and "Governor Kathy Hochul, Felicia Reid, Jessica Garcia, and Amanda Hiller, each in their official capacity as state officials." Dkt. 34 at 1. On September 12, 2025, Plaintiffs served those four State Defendants and voluntarily dismissed their claims against the State of New York, the Office of Cannabis Management, and the Cannabis Control Board. Dkts. 36-40. Thus, under the terms of this Court's September 10 and September 11 Orders, *see* Dkts. 28, 31, the City and State Defendants against whom the request for emergency relief remains pending shall respond by September 26, 2025. Plaintiffs shall have until October 3, 2025 to reply.

SO ORDERED.

Dated: September 15, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge