UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JONATHAN C. ELFAND and LENORE ELFAND,           :
:
                             Plaintiffs,           :
:
               -v-                         :   25 Civ. 7170 (JPC)
:
CITY OF NEW YORK, *et al.*,                     :   <u>ORDER</u>
:
                           Defendants.           :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By October 31, 2025, the parties shall inform the Court of any witnesses they intend to call at the upcoming hearing for emergency relief.  *See* Dkt. 66.

      SO ORDERED.

Dated: October 28, 2025
       New York, New York
                                              JOHN P. CRONAN
                                            United States District Judge