```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JONATHAN C. ELFAND and LENORE ELFAND,                                  :
                                                                       :
                          Plaintiffs,                                  :
                                                                       :
              -v-                                                      :   25 Civ. 7170 (JPC)
                                                                       :
CITY OF NEW YORK, et al.,                                              :          ORDER
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      At the upcoming hearing for emergency relief, the Court will hear testimony only from witnesses who can speak to the harm suffered by Plaintiffs Jonathan C. Elfand and Lenore Elfand relevant to their emergency-relief claims.  *See Davis v. FEC*, 554 U.S. 724, 734 (2008) ("[A] plaintiff must demonstrate standing for each claim he seeks to press and for each form of relief that is sought." (internal quotation marks omitted)).  As such, absent a proffer of anticipated testimony from other witnesses as to Plaintiffs' harm, the Court intends to receive testimony only from Plaintiffs and limited to any injury-in-fact that they purport to be suffering.

      SO ORDERED.

Dated: October 31, 2025
       New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge