UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Jonathan Elfand and Lenore Elfand,

Plaintiffs,

v.

City of New York, et al.,

Defendants.

Case No. 1:25-cv-7170 (JPC)

_____

NOTICE OF MOTION FOR REARGUMENT AND RECONSIDERATION

PLEASE TAKE NOTICE that Plaintiffs Jonathan and Lenore Elfand respectfully move this Court, pursuant to Local Civil Rule 6.3 and Federal Rule of Civil Procedure 54(b), for an Order:

1.  Granting reargument and reconsideration of the Court's Opinion and Order dated November 21, 2025;

2.  Plaintiffs respectfully seek adjudication of three core constitutional claims which seem not to have been resolved based on oversight: **(A)** that the statutes penalize a "person" for refusing a warrantless search, a protected Fourth Amendment act for any "person"; **(B)** that the statutes' unchecked enforcement discretion results in recurring seizures of "real people" during inspections; and **(C)** that the refusal-penalty provision is overbroad because it necessarily burdens the First Amendment right to verbally assert one's Fourth Amendment protection;

3.  Plaintiffs respectfully request that, once the Court addresses the three constitutional claims that appear to have gone unaddressed, it reconsider its conclusion that

Plaintiffs failed to demonstrate future harm. Those claims, taken as plead and supported in the record, establish injuries personal to the Plaintiffs that are likely to recur and that do not depend in any way on the LLC's privacy interests. In light of that showing, Plaintiffs ask the Court to revisit its standing analysis, as the earlier conclusion appears to have stemmed from the oversight in not reaching these claims, and to recognize that Plaintiffs' own Fourth and First Amendment injuries independently support injunctive relief against future enforcement of the Challenged Laws;

4. Granting such other relief as may be just and proper.

This motion is supported by the accompanying Memorandum of Law and all prior pleadings and proceedings herein.

December 4, 2025
New York, New York

Respectfully submitted,

Jonathan C. Elfand
707-888-4663
jelfand@hotmail.com

Respectfully submitted,

Lenore Elfand
917-842-7450
elfandlenore@gmail.com
*Pro Se Plaintiffs*

The City and State Defendants previously identified in this Court's November 21, 2025 Opinion and Order, Dkt. 76 at 13-14, shall respond to Plaintiffs' reconsideration motion by December 19, 2025; a reply, if any, is due December 30, 2025. While the City and State Defendants had "thirty days" from the date of that Opinion and Order "to answer or otherwise respond to Plaintiffs' Complaint," *id.* at 23, the deadline for those defendants to answer or otherwise respond to Plaintiffs' Complaint shall now be twenty-one days following this Court's resolution of Plaintiffs' reconsideration motion.

SO ORDERED.
Date: December 5, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

2