UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
           :
JONATHAN C. ELFAND and LENORE ELFAND,   :
           :
          Plaintiffs,   :   25 Civ. 7170 (JPC) (GS)
           :
     -v-   :   <u>ORDER OF REFERENCE</u>
           :   <u>TO A MAGISTRATE</u>
CITY OF NEW YORK, *et al.*,   :   <u>JUDGE</u>
           :
          Defendants.   :
           :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

    This action is referred to the Honorable Gary Stein for the following purposes:

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

SO ORDERED.

Dated: January 12, 2026
      New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge