**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JONATHAN C. ELFAND, *et al.,*

                              Plaintiffs,                              **25 Civ. No. 7170 (JPC) (GS)**

            -against-

CITY OF NEW YORK, *et al.,*                                            **PRE-MOTION**
                                                                      **CONFERENCE ORDER**

                              Defendants.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Motion Conference on **Wednesday, March 25, 2026**

**at 10:00 a.m.**  The parties are directed to join the conference via Microsoft Teams at the

scheduled time using the following link: Click here to join the meeting. [**Meeting ID: 246 874**

**020 887 9]  [Passcode: v8Sm3iJ7]**

        **SO ORDERED.**

DATED:        New York, New York
              February 9, 2026

                                                        _____
                                                        The Honorable Gary Stein
                                                        United States Magistrate Judge