**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JONATHAN C. ELFAND, *et al.,*

<table>
<tr><td>Plaintiffs,</td><td></td></tr>
<tr><td></td><td>**25 Civ. No. 7170 (JPC) (GS)**</td></tr>
<tr><td>-against-</td><td></td></tr>
<tr><td></td><td>**AMENDED PRE-<br>MOTION CONFERENCE<br>ORDER**</td></tr>
<tr><td>CITY OF NEW YORK, *et al.,*</td><td></td></tr>
<tr><td>Defendants.</td><td></td></tr>
</table>

------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Motion Conference on **Wednesday, February 25, 2026 at 10:00 a.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. [**Meeting ID: 246 874 020 887 9**] [**Passcode: v8Sm3iJ7**]

**SO ORDERED.**

DATED:    New York, New York
          February 9, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge