**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
JONATHAN C. ELFAND and LENORE
ELFAND,

                            Plaintiffs,

                                                              **25 Civ. No. 7170 (JPC) (GS)**
            -against-

                                                              **ORDER**
CITY OF NEW YORK, *et al.*,

                            Defendants.
-------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

On February 25, 2026, the Court held a video conference with respect to, *inter alia*, (1) Plaintiffs' letter motion for limited early discovery in this matter (Dkt. No. 92); and (2) the letter motions filed by the City Defendants and the State Defendants for a pre-motion conference on their anticipated motions to dismiss Plaintiffs' complaint (Dkt. Nos. 93, 94).

As noted at the conference, Plaintiffs have filed an interlocutory appeal from the opinions and orders of Judge John P. Cronan denying Plaintiffs' motion for a preliminary injunction (Dkt. No. 76, 88) and have also filed an emergency motion before the Second Circuit for interim relief pending appeal.  (*See* docket in *Elfand v. City of New York*, No. 26-214 (2d Cir.)).  During the conference, Plaintiffs stated that, in the event the Second Circuit denies their emergency motion, they wish to amend their complaint prior to Defendants' motions to dismiss.  In addition, although the State Defendants have previously submitted a letter objecting to Plaintiffs' motion for limited early discovery (Dkt. No. 98), the City Defendants

stated that they, too, would like to submit a letter objecting to Plaintiffs' request.

Accordingly, and for the reasons discussed during the conference, it is hereby ORDERED that:

1. The deadline for all Defendants in this action (including the Defendants served earlier this month in their individual capacities) to move, answer, or otherwise respond to Plaintiffs' complaint is hereby stayed.

2. Following the decision of the Second Circuit on Plaintiffs' emergency motion for interim relief pending appeal, the parties shall promptly file notice of the Second Circuit's decision on this action's docket. Plaintiffs shall file an amended complaint within 30 days of any ruling by the Second Circuit on that motion adverse to Plaintiffs.

3. The City Defendants shall provide a letter no longer than 3 pages with respect to Plaintiffs' motion for limited early discovery by no later than March 4, 2026. Plaintiffs may file a single letter of no more than 3 pages replying to both the City Defendants' and the State Defendants' opposition to their motion by no later than March 11, 2026.

**SO ORDERED.**

DATED:    New York, New York
          February 25, 2026

The Honorable Gary Stein
United States Magistrate Judge