**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
JONATHAN C. ELFAND and LENORE
ELFAND,

        Plaintiffs,

      **25 Civ. 7170 (JPC) (GS)**

    -against-

       **ORDER**

CITY OF NEW YORK, *et al.*,

        Defendants.
------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

On February 25, 2026, the Court entered an Order noting that, *inter alia*,
Plaintiffs had filed an interlocutory appeal from the opinions and orders of Judge
John P. Cronan denying Plaintiffs' motion for a preliminary injunction (Dkt. No. 76,
88) and had also filed an emergency motion before the Second Circuit for interim
relief pending appeal. (Dkt. No. 113 (the "February Order")). In the February
Order, the Court directed the parties to "promptly file notice of the Second Circuit's
decision on this action's docket" once the emergency motion was decided. (*Id.* at 2).
Additionally, the Court ordered Plaintiffs to "file an amended complaint within 30
days of any ruling by the Second Circuit on that motion adverse to Plaintiffs." (*Id.*).

A review of the Second Circuit's docket suggests that an order denying
Plaintiffs' emergency motion was handed down on March 13, 2026. (*See Elfand v.
City of New York*, No. 26-214 (2d Cir.), Dkt. No. 39). However, no party has filed
notice of that decision in this action, nor did Plaintiffs file an amended complaint
within 30 days thereafter.

Accordingly, Plaintiffs are hereby ordered to file an amended complaint in this action within 30 days from this order.  Should Plaintiffs believe that they should not be required to do so, they may file a letter, no longer than 3 pages, by no later than Wednesday, April 29, 2026, explaining the basis for that belief.

**SO ORDERED.**

DATED:      New York, New York
            April 22, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge